NUMBER 13-00-315-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


JACK L. YBARGUEN
, Appellant,


v.



SHARON A. YBARGUEN
, Appellee.

____________________________________________________________________


On appeal from the 94th District Court


of Nueces County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam


 Appellant, JACK L. YBARGUEN, perfected an appeal from a
judgment entered by the 94th District Court of Nueces County, Texas,
in cause number 98-6255-C. The appellant filed a motion to dismiss
the appeal. In the motion, appellant states that this case has been
resolved, and appellant no longer wishes to prosecute this appeal. 
Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 26th day of October, 2000.